**Exhibit A to the Complaint**

**Location:** Aurora, OH  **IP Address:** 104.230.116.159
**Total Works Infringed:** 24  **ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: FAD2FBF47A0377CBA50150AA5272396744D2B4AC<br>File Hash:<br>E8FBBF3A7747F3F3E86F8D9E134966CBEE065DFD5469844EE196458048CC5B18 | 06-09-2023<br>16:52:29 | Blacked Raw | 06-03-2023 | 06-09-2023 | PA0002415371 |
| 2 | Info Hash: 6ED38D738D7584B6A6DDE3498B50C2883D680458<br>File Hash:<br>38B1E812773D3E0FCEDFAC6038AF0A4D29A051DBFE54A4E37589413B2E2B4DEC | 05-01-2023<br>11:38:22 | Blacked Raw | 04-24-2023 | 05-14-2023 | PA0002411259 |
| 3 | Info Hash: 25090B9BAD6CDE241568913E5E3F3B7930400E1C<br>File Hash:<br>FDA69297AED1260BD43524C2BC11D728EF43A20D6BC1941F592D5CB4ABC7362E | 03-14-2023<br>13:27:05 | Blacked | 03-11-2023 | 04-09-2023 | PA0002405763 |
| 4 | Info Hash: 15A55EBB3FD06FE9F9067812A0D0168440813B70<br>File Hash:<br>4AAF11148C0E2CDFA98BABEEC2740D453CACED2CE62079EAE8D18A0C5E2E4BD7 | 10-24-2022<br>16:38:35 | Blacked Raw | 10-21-2022 | 10-31-2022 | PA0002377818 |
| 5 | Info Hash: 72DAF55819D6563D2481C326541366375187C5FC<br>File Hash:<br>48B2E2DC38332CEA3BDB4CF74F72F12B40B44FB2A885D5392D56F2242EAA1895 | 07-04-2022<br>14:13:20 | Blacked | 07-02-2022 | 07-22-2022 | PA0002359461 |
| 6 | Info Hash: F365B4524065A065F60B206C0697C9BF982EB9D1<br>File Hash:<br>B12A281074B9A73D8345C72DF5D4F35580374EFC2F5DFB158F21077A89AFE768 | 06-15-2022<br>13:39:51 | Blacked Raw | 06-16-2018 | 07-14-2018 | PA0002128317 |
| 7 | Info Hash: 46857304ACE7F50BB0FA81A89D992DFD7234A063<br>File Hash:<br>E273352946EAC52115D1645E86441B060FD6CA129C923630923C5BFC08ABCBF2 | 05-31-2022<br>12:20:51 | Blacked | 05-21-2022 | 06-27-2022 | PA0002354986 |
| 8 | Info Hash: DDA42BABC9BBF192225375B22EFA964C6E57A3DB<br>File Hash:<br>C59FC38C6909C49BB023650AACF8EE90C867E707B17471E71ECADAE2EDA8BFB3 | 04-18-2022<br>12:35:26 | Blacked | 04-16-2022 | 04-23-2022 | PA0002346424 |
| 9 | Info Hash: E90115F8B4EDB83CCE5CFD1711E21AAB8BFD0892<br>File Hash:<br>9CEE06823BBE8F033CAA7203AD4A26D243283B180012CD6182E454F7F89B26B0 | 04-11-2022<br>13:17:38 | Vixen | 04-08-2022 | 05-20-2022 | PA0002350388 |
| 10 | Info Hash: D70316B223A58E7A96123A8EB37CAE5DF0ACDB64<br>File Hash:<br>2AC3FEC454A28DC979BCAA5A0682B453AF715708C5FDA61F4DD3CF8718391E62 | 02-07-2022<br>13:30:51 | Blacked | 02-05-2022 | 02-14-2022 | PA0002335503 |
| 11 | Info Hash: 4DAE892CF0B4C01635FC0F6B23139D5D3D2E6344<br>File Hash:<br>55881C4CA8BBC5B0EEAF4A8F9BD1CB2265031D524AFBF724B9F0C085CD731A46 | 12-06-2021<br>13:54:46 | Blacked | 12-04-2021 | 12-09-2021 | PA0002325833 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 65F37FE17537496C1BE553A0EB8C260788E46A02<br>File Hash: 361ADF7C86F02EF214E053C78F3ED35534451586D87CB71E1E13F09D433F6F38 | 10-14-2021 15:34:59 | Blacked Raw | 10-11-2021 | 10-19-2021 | PA0002317052 |
| 13 | Info Hash: 357FD0B403442F71DB4E919C19B8D5B7BFE36B47<br>File Hash: 1BFBA810BB597EBD985C75D6DAAAF7AF686878C5C5275A93C0387FDC2E8865CB | 10-06-2021 12:23:21 | Blacked Raw | 10-04-2021 | 10-19-2021 | PA0002317056 |
| 14 | Info Hash: F6288D8843D03BB11986B571B5B482AA50E750AF<br>File Hash: 785782EC1A5F128DF0AF9451AEABAC837FCDD2BF381AD1AC9FFAFE26748D563C | 09-21-2021 13:45:57 | Blacked | 09-18-2021 | 10-05-2021 | PA0002315291 |
| 15 | Info Hash: B3E42C84C48B8BEBEAC209531FF7F9AD54593F7F<br>File Hash: 673065A1DFFD464A5047C0181D534DC453ECF0026CC047D8DF60DD5354DF7DED | 09-07-2021 12:10:44 | Blacked | 09-04-2021 | 09-21-2021 | PA0002312679 |
| 16 | Info Hash: 55C907CA49DB8C7D4C33933D3FD47E9896848AB8<br>File Hash: 57CEB08061E7896D812C3BDAEC0B4FEA63D0AC23E8A342DFA53F1B1EDD7BF73F | 06-14-2021 14:26:32 | Vixen | 05-28-2021 | 08-02-2021 | PA0002305093 |
| 17 | Info Hash: 79F50E3960CFE36B1F1E044B222200097AA1DFEF<br>File Hash: 65513133DE6896A6FF1FF80BF1E9FF0B73CC9F7CEDE904744AC67802B05CF59C | 04-30-2021 14:21:33 | Tushy | 04-11-2021 | 04-27-2021 | PA0002288948 |
| 18 | Info Hash: FEEB895B9C9450A56EF2E58F9EC06EC6C180CDEC<br>File Hash: EBF2B063131214DFB8A7096741FF6D8E2A2BB046D1716B81EFA57399457A0F45 | 01-27-2021 16:13:50 | Blacked Raw | 12-14-2020 | 12-28-2020 | PA0002269086 |
| 19 | Info Hash: FA27978FF59B9C33EFF36BBC36E8E28CF79D248B<br>File Hash: 922FE582CB7F7B987BD868CB65FBC465EA4D15D4016B74BA6F9F87AA8E627F77 | 01-26-2021 14:01:55 | Vixen | 01-01-2021 | 02-02-2021 | PA0002281154 |
| 20 | Info Hash: DB0A6C09AFAD8158D7C66AA690789A4FFF1E420F<br>File Hash: 16C7BFE26C8FD0235DF2F746F947F27F88764464E2AA3A5129A6ADAA2B4B8F67 | 01-04-2021 15:59:45 | Blacked Raw | 12-07-2020 | 12-28-2020 | PA0002269082 |
| 21 | Info Hash: 956148727191B0374E11464F2A33FEFF449F126B<br>File Hash: CBC79E3AD910070401A325189AD65756776F496B3EFD731FF257C9E6D2FC0FD4 | 10-15-2020 17:44:37 | Blacked Raw | 10-12-2020 | 10-22-2020 | PA0002261809 |
| 22 | Info Hash: FF2738464090D606206D0608A050F0BA3D10E1A9<br>File Hash: ADDC73912EE777EB7455915C5BAD3A332E1F6EA951019C2EA1284BE0F356CE0C | 10-05-2020 14:06:44 | Blacked | 10-03-2020 | 10-22-2020 | PA0002261803 |
| 23 | Info Hash: 2B1450D219A17F387504671232C4CC7AF94C0678<br>File Hash: 4F3E379F015F360771A49993D4175CB2DD0C2121E082D0D45F8154796D996F67 | 09-29-2020 17:09:28 | Blacked | 09-26-2020 | 10-22-2020 | PA0002261801 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: B07523329A4474851D9B54004AC0335D32338640<br>File Hash:<br>43A03BD8468B548D79D25B319E4C1C30C35D670A6585C21661CEC5790DC0AB01 | 08-17-2020<br>16:04:45 | Tushy | 08-16-2020 | 08-18-2020 | PA0002253098 |